IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROAD HOG TRUCKING LLC et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-CV-258-J |
| | § | |
| HILMAR CHEESE CO INC et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The mediator has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

April 19, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE