UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ROAD HOG TRUCKING, LLC, a Texas Limited Liability Company, and JARED BERG and EMILY BERG, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> HILMAR CHEESE CO., INC., a California Corporation, CDF DAIRY, a California partnership, DAVID AHLEM, RICHARD "DICK" CLAUSS, and C.A. RUSSELL, individuals, <br><br> Defendants. | Civil Action No. 2:15-cv-00258-J |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties, having announced the settlement of all claims in this matter, have filed a Stipulation of Dismissal with Prejudice. It is, accordingly,

ORDERED that all claims alleged herein by Plaintiffs against Defendants are hereby dismissed with prejudice to refiling same. It is, further,

ORDERED that all costs of court shall be paid by the party incurring same.

May 5, 2017

s/ Mary Lou Robinson
MARY LOU ROBINSON
SENIOR UNITED STATES DISTRICT JUDGE

{00180335.DOCX}